# RUTLAND COUNTY.

## FEBRUARY TERM, 1842.

### JESSE GOVE *v.* JONATHAN DYKE, Jr. *et al.*

Where a party, intending to take an appeal from a decree of the chancellor at the term when it was made, neglected to do so, and, at the next term thereafter, the chancellor allowed the appeal, *it was held* that the appeal was irregularly taken and it was therefore dismissed.

It appeared that this case was tried before the chancellor at an adjourned term of his court, and a final decree passed. The orator expressed a desire to appeal the case to this court and did in fact intend to have had his appeal formally entered during the term, but the court adjourned before any such entry was made. On application to the chancellor, these facts being made to appear, the appeal was allowed as of the previous term. The defendants now moved to dismiss the appeal.

BY THE COURT. This appeal was irregularly taken. By the express terms of the statute, all appeals in chancery must be taken, at the term, at which the final decree is made. This appeal is dismissed.